**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jermeer MARSHALL, a/k/a Jermere
Yohonn Marshall, Defendant–
Appellant.**

**No. 02–4519.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2003.

Decided Feb. 25, 2003.

Richard A. Davis, Charlottesville, Virginia, for Appellant. John L. Brownlee,

---

* The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28

U.S.C. § 636(c) (2000).

**168**

United States Attorney, Ray B. Fitzgerald, Jr., Assistant United States Attorney, James R. Faucher, Third–Year Law Intern, Roanoke, Virginia, for Appellee.

Before LUTTIG, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jermeer Marshall pled guilty pursuant to a written plea agreement to one count of possession with intent to distribute not more than fifty grams of crack cocaine, in violation of 21 U.S.C. § 841(a) (2000). Marshall was sentenced to 262 months imprisonment. He appeals the district court's denial of his motion to withdraw his guilty plea. We affirm.

We review the denial of a motion to withdraw a guilty plea for abuse of discretion. *United States v. Ubakanma*, 215 F.3d 421, 424 (4th Cir.2000). Marshall must present a "fair and just" reason for withdrawing his guilty plea. Fed. R.Crim.P. 32(e); *United States v. Moore*, 931 F.2d 245, 248 (4th Cir.1991). Based on the factors set forth in *Moore*, we find the district court did not abuse its discretion in denying the motion to withdraw his guilty plea. Accordingly, we affirm Marshall's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*